UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-54770-WLH |
| COLLEEN PATRICIA BRANNON, | : | CHAPTER 7 |
| Debtor. | : | |
| JASON L. PETTIE, Chapter 7 Trustee for the Estate of Colleen Patricia Brannon, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No.16-05212-WLH |
| COLLEEN PATRICIA BRANNON, and BENJAMIN T. POLK, and REGIONS BANK, | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Neil C. Gordon, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the *Complaint* filed on September 7, 2016 [Doc. No. 1] and *Alias Summons* [Doc. No. 13] was made on December 1, 2016 by:

Mail Service: Regular, first class U.S. Mail, postage fully pre-paid, addressed to:

Colleen Patricia Brannon
2851 Broughton Road
Newborn, GA 30056

Cindy S. Stacey
Suite B, 942 Green Street
Conyers, GA 30012

9507907v1

**Under penalty of perjury, I declare that the foregoing is true and correct.**

This 1st day of December, 2016.

                                  ARNALL GOLDEN GREGORY LLP

By:    */s/ Neil C. Gordon*
        Neil C. Gordon
        State Bar No. 302387
        171 17th Street NW, Suite 2100
        Atlanta, Georgia 30363-1031
        (404) 873-8500 / neil.gordon@agg.com
        Attorneys for Chapter 7 Trustee